UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON AVENDANO-SOTO, and<br>JORGE ALFREDO SOTO,<br><br>Defendant. | Case No. 2:20-cr-00003-APG-EJY<br><br>**ORDER** |

Before the Court is the Stipulation to Enlarge Motion Response (Second Request) (ECF No. 40), which references motions docketed as ECF Nos. 27, 36, 37, and 38.  ECF No. 27 is the Motion to Suppress filed by Ramon Avendano-Soto that is scheduled for a hearing on July 29, 2020.  The Government seeks an extension to respond to this Defendant's Motion to Suppress through and including July 17, 2020, resulting in a reply due on July 24, 2020, just five calendar days before the hearing.  ECF Nos. 36-38 pertain to Defendant Jorge Alfredo Soto for whom no hearing has been set.

Accordingly, IT IS HEREBY ORDERED that the Stipulation to Enlarge Motion Response (ECF No. 40) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the Government's Response to Ramon Avendano-Soto's Motion to Suppress shall be due and filed no later than July 15, 2020.  The Reply shall be due and filed no later than July 22, 2020.

IT IS FURTHER ORDERED that the Government's Responses to Jorge Alferdo Soto's Motions to Suppress and Motion to Sever, ECF Nos. 36, 37, and 38, shall be due and filed no later than July 17, 2020.  Reply briefs shall be due July 24, 2020.

Dated this 29th day of June, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1