RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Ramon Avendano-Soto

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-003-APG-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REPLY DEADLINES TO GOVERNMENT'S RESPONSE TO MOTION TO SUPPRESS (ECF NO. 42) AND MOTION TO SEVER (ECF NO. 43) AND EVIDENTIARY HEARING** |
| RAMON AVENDANO-SOTO AND JORGE ALFREDO SOTO, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin Douglas Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Ramon Avendano-Soto, and Christopher R. Oram, counsel for Jorge Alfredo Soto, that the reply deadlines to the Government's Response (ECF No. 36) to Defendant's Motion to Suppress (ECF No. 42) currently due July 22, 2020, and the Government's Response (ECF No. 37) to Defendant's Motion to Sever (ECF No. 43) currently scheduled for July 23, 2020, be vacated and set to

July 30, 2020, and that the evidentiary hearing currently scheduled for July 29, 2020, be vacated and set to a date and time convenient to this Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel require additional time to file their respective replies to the government's response (ECF No. 42) to each defendant's motion to suppress (ECF Nos. 27, 37 and 38). Defense counsel for Soto also requires additional time to file his reply to the government's response (ECF No. 43) to his motion to sever (ECF No. 36).

2.      In light of the government's response (ECF No. 42), defense counsel for Avendano-Soto will be filing a motion to compel information she believes is relevant and pertinent to the pending motion to suppress. The motion to compel impacts the ultimate issues raised in the suppression motions. The parties believe that it will be necessary to permit this motion to be fully briefed and litigated before the evidentiary hearing is held. As such, the parties request the evidentiary hearing be continued.

3.      The defendants are not incarcerated and do not object to the continuance.

4.      The parties agree to the continuance.

5.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare the replies.

6.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue the reply deadline dates and evidentiary hearing filed herein.

1

DATED this 20th day of July, 2020.

2

3    RENE L. VALLADARES                    NICHOLAS A. TRUTANICH
     Federal Public Defender               United States Attorney

4

5          */s/ Raquel Lazo*                      */s/ Kevin Douglas Schiff*
     By_____          By_____

6
     RAQUEL LAZO                            KEVIN DOUGLAS SCHIFF
7    Assistant Federal Public Defender      Assistant United States Attorney

8          */s/ Christopher R. Oram*

9    By_____

10   CHRISTOPHER R. ORAM
     Counsel for Jorge Alfredo Soto

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

RAMON AVENDANO-SOTO AND
JORGE ALFREDO SOTO,

   Defendant.

Case No. 2:20-cr-00003-APG-EJY

FINDINGS OF FACT, CONCLUSIONS
OF LAW AND ORDER

## **FINDINGS OF FACT**

  Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

  1. Defense counsel require additional time to file their respective replies to the government's response (ECF No. 42) to each defendant's motion to suppress (ECF Nos. 27, 37 and 38). Defense counsel for Soto also requires additional time to file his reply to the government's response (ECF No. 43) to his motion to sever (ECF No. 36).

  2. In light of the government's response, defense counsel for Avendano-Soto will be filing a motion to compel information she believes is relevant and pertinent to the pending motion to suppress.  The motion to compel impacts the ultimate issues raised in the suppression motions.  The parties believe that it will be necessary to permit this motion to be fully briefed and litigated before the evidentiary hearing is held.  As such, the parties request the evidentiary hearing be continued.

  3. The defendants are not incarcerated and do not object to the continuance.

  4. The parties agree to the continuance.

4

5.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare the replies.

6.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-003-APG-EJY |
| Plaintiff, | ORDER |
| v. | |
| RAMON AVENDANO-SOTO AND JORGE ALFREDO SOTO, | |
| Defendant. | |

## **ORDER**

IT IS THEREFORE ORDERED that defense counsel's replies to the Government's Response (ECF No. 36) to Defendant's Motion to Suppress (ECF No. 42) currently due on July 22, 2020, and the Government's Response (ECF No. 37) to Defendant's Motion to Sever (ECF No. 43) currently due on July 23, 2020, be vacated and continued to July 30, 2020, and that the evidentiary hearing currently scheduled for July 29, 2020 at 9:30 am, be vacated and continued to October 6, 2020 at the hour of 9:00 a.m., in Courtroom 3A.

DATED this 21st day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

6