CHRISTOPHER R. ORAM, ESQ
NEVADA BAR NO. 004349
520 SOUTH FOURTH STREET, SECOND FLOOR
LAS VEGAS, NEVADA 89101
(702) 384-5563
CONTACT@CHRISTOPHERORAMLAW.COM
ATTORNEY FOR JORGE ALFREDO SOTO

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ALFREDO SOTO,<br>　　　　Defendant. | Case No. 2:20-cr-00003-APG-EJY<br><br>**STIPULATION TO ALLOW MR. SOTO TO TRAVEL**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin Douglas Schiff, Assistant United States Attorney, counsel for the United States of America, and Jorge Alfredo Soto, by and through his attorney Christopher R. Oram., that Mr. Soto be Allow to travel.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Soto is requesting permission to travel to San Diego, California on August 28, 2020 to pick up his children J.S., J.S., and J.S. Mr. Soto will be leaving Phoenix, Arizona at 5:00 a.m. and driving to San Diego, California. Mr. Soto will be returning the same day.

　　　　Counsel for Mr. Soto discussed this request to travel with his Pre-Trial officer Ms. Claudia Rodriguez who has no problem with this request.

-1-

1  This is the first stipulation to allow Mr. Soto to travel
2       Dated this 26th day of August, 2020
3  By s/ Christopher R. Oram
4  CHRISTOPHER R. ORAM
5  Counsel for Jorge Alfredo Soto
6
7  By /s/ Kevin Douglas Schiff
8  KEVIN DOUGLAS SCHIFF
9  Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ALFREDO SOTO,<br><br>Defendant. | Case No. 2:20-cr-00003-APG-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

   1. Mr. Soto is requesting permission to travel to San Diego, California on August 28, 2020 to pick up his children J.S., J.S., and J.S. Mr. Soto will be leaving Phoenix, Arizona at 5:00 a.m. and driving to San Diego, California. Mr. Soto will be returning the same day.

   Counsel for Mr. Soto discussed this request to travel with his Pre-Trial officer Ms. Claudia Rodriguez who has no problem with this request.

## ORDER

   It IS FURTHER ORDERED that Mr. Soto is allowed to travel to San Diego, California on August 28, 2020.

   Dated this  1st  day of September, 2020.

   _____
   UNITED STATES MAGISTRATE JUDGE

-3-