NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON AVENDANO-SOTO, and<br><br>JORGE ALFREDO SOTO,<br><br>Defendants. | 2:20-cr-0003-APG-EJY<br><br>**Stipulation to Continue Evidentiary Hearing**<br><br>**(first request)** |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America and Raquel Lazo, Esq., counsel for defendant Avendano-Soto; and Christopher Oram, Esq., counsel for defendant Alfredo Soto:

That the evidentiary hearing set in this matter for October 6, 2020, be continued for approximately 30 days.

1. Counsel for each Defendant and the Government agree to the continuance.

2. Defendant Ramon Avendano-Soto is on pre-trial release and agrees to the continuance.

3. Defendant Jorge Alfredo Soto is on pre-trial release and agrees to the continuance.

4. Drug Enforcement Administration Special Agent Gentile, who is the Government's case agent, and necessary witness for the evidentiary hearing, recently became unavailable for the evidentiary hearing as his presence is required in state court for a personal matter. The Government inquired with Special Agent Gentile regarding the plausibility of moving the state court hearing, and was informed the recently scheduled date is firm, and is of critical importance.

DATED this 29th day of September, 2020.

NICHOLAS A. TRUTANICH  
United States Attorney

/s/ Kevin Schiff  
Kevin D. Schiff  
Assistant United States Attorney

/s/ Raquel Lazo  
Raquel Lazo, AFPD.  
Counsel for Defendant Avendano-Soto

/s/ Christopher Oram  
Christopher Oram, Esq.  
Counsel for Defendant Alfredo Soto

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON AVENDANO-SOTO,<br><br>Defendant. | 2:20-cr-0003-APG-EJY<br><br>**Order Pursuant to Stipulation of the Parties** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the evidentiary hearing on the pending motions currently set for October 6, 2020, is hereby vacated, and continued to November 18, 2020, at 9:00 a.m. in Courtroom 3B.

IT IS SO ORDERED

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: September 29, 2020

3