RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Ramon Avendano-Soto

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON AVENDANO-SOTO, and<br>JORGE ALFREDO SOTO<br><br>Defendant. | Case No. 2:20-CR-003-APG-EJY<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Ramon Avendano-Soto, and Christopher Oram, counsel for Jorge Alfredo Soto, that the Evidentiary Hearing currently scheduled on November 18, 2020 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. On June 4, 2020 and June 23, 2020, both defendants filed motions to suppress. ECF No. 27, 37, and 38. The suppression hearing is currently scheduled for November 18, 2020. ECF No. 63.

2. Avendano additionally filed a motion to compel. ECF No. 48. On October 2, 2020, this Court entered an order requiring the government to deliver materials pertaining to the CI for an in-camera inspection by October 15, 2020. ECF No. 64. The parties stipulated to a 30-day continuance for the delivery of the materials as well as other outstanding discovery requested by the defense. ECF No. 65. This Court extended the deadline to November 12, 2020. ECF No. 66.

3. This deadline is only two days before the currently scheduled evidentiary hearing date. An extension of time will permit this Court to review the in-camera documents with sufficient time and determine whether any of the documents will be disclosed to the defense in advance of the evidentiary hearing. The additional time will also permit the defense to review any in-camera documents that this Court may order be disclosed to the defense. It will also provide defense counsel time to review the requested supplemental discovery (the CI's phone). These items are pertinent to the pending motion and may impact the litigation surrounding the motion.

4. Defendants are not incarcerated and do not object to a continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 21st day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kevin Schiff*<br>By_____<br>KEVIN SCHIFF<br>Assistant United States Attorney |

*/s/ Christopher Oram*

By_____
CHRISTOPHER ORAM
Counsel for Jorge Alfredo Soto

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>RAMON AVENDANO-SOTO, and<br>JORGE ALFREDO SOTO<br><br>            Defendant. | Case No. 2:20-CR-003-APG-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled on November 18, 2020 at the hour of 9:00 a.m., be vacated and continued to January 7, 2021 at the hour of 9:30 a.m., in Courtroom 3D.

DATED this 22nd day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4