RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Ramon Avendano-Soto

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-003-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE EVIDENTIARY HEARING** |
| v. | (Third Request) |
| RAMON AVENDANO-SOTO, and JORGE ALFREDO SOTO | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Ramon Avendano-Soto, and Christopher Oram, counsel for Jorge Alfredo Soto, that the Evidentiary Hearing currently scheduled on January 7, 2021 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

    This Stipulation is entered into for the following reasons:

    1.    Defense counsel for Mr. Avendano-Soto has a conflict with the currently scheduled hearing.

2. Defense counsel for Mr. Avendano-Soto has three other evidentiary hearings scheduled in January and therefore requests this additional time in order to be able to fully prepare for each hearing.

3. Moreover, both defendants reside out of state and would be traveling for the hearing. In light of the COVID-19 pandemic and its spread, the parties believe it would be safer to minimize the defendants' out of state travel at this time.

4. Defendants are not incarcerated and do not object to a continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 18th day of December, 2020.

RENE L. VALLADARES  
Federal Public Defender

/s/ Raquel Lazo  
By_____  
RAQUEL LAZO  
Assistant Federal Public Defender

NICHOLAS A. TRUTANICH  
Acting United States Attorney

/s/ Kevin Schiff  
By_____  
KEVIN SCHIFF  
Assistant United States Attorney

/s/ Christopher Oram  
By_____  
CHRISTOPHER ORAM  
Counsel for Jorge Alfredo Soto

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAMON AVENDANO-SOTO, and<br>JORGE ALFREDO SOTO<br><br>    Defendant. | Case No. 2:20-CR-003-APG-EJY<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled on January 7, 2021 at the hour of 9:30 a.m., be vacated and continued to March 30, 2021 at the hour of 9:30 a.m. in Courtroom 3A.

    DATED this 18 day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE