RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Ramon Avendano-Soto

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-003-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE EVIDENTIARY HEARING** (Fourth Request) |
| v. | |
| RAMON AVENDANO-SOTO, and JORGE ALFREDO SOTO | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Ramon Avendano-Soto, and Christopher Oram, counsel for Jorge Alfredo Soto, that the Evidentiary Hearing currently scheduled on March 30, 2021 at 9:30 am, be vacated and continued to May 13, 2021 at 9:30 am.

This Stipulation is entered into for the following reasons:

1.     Defense counsel for Mr. Avendano-Soto has a conflict with the currently scheduled date and will be out of the jurisdiction.

2.      Defendants are not incarcerated and do not object to a continuance.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth request for continuance filed herein.

DATED this 18th day of February 2021.

RENE L. VALLADARES                         NICHOLAS A. TRUTANICH
Federal Public Defender                       Acting United States Attorney


      */s/ Raquel Lazo*                                  */s/ Kevin Schiff*
By_____          By_____

RAQUEL LAZO                                   KEVIN SCHIFF
Assistant Federal Public Defender         Assistant United States Attorney



      */s/ Christopher Oram*

By_____

CHRISTOPHER ORAM
Counsel for Jorge Alfredo Soto

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-003-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| RAMON AVENDANO-SOTO, and JORGE ALFREDO SOTO | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled on March 30, 2021 at the hour of 9:30 a.m., be vacated and continued to May 13, 2021 at the hour of 9:30 a.m., in Courtroom 3B.

DATED this 18th day of February 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3