RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Ramon Avendano-Soto

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-003-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE EVIDENTIARY HEARING** |
| v. | (Fifth Request) |
| RAMON AVENDANO-SOTO and JORGE ALFREDO SOTO, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Ramon Avendano-Soto, and Christopher Oram, counsel for Jorge Alfredo Soto, that the Evidentiary Hearing currently scheduled on Thursday, May 13, 2021 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The government and Mr. Avendano have negotiated a plea agreement in this matter and Mr. Avendano's change of plea hearing is currently set for June 1, 2021. ECF No. 82. As such, the parties request this Court continue the evidentiary hearing on the motion to suppress for 45 days so that Mr. Avendano may plead guilty prior to withdrawing his motion. After Mr. Avendano pleads guilty, the defense will file a notice to withdraw the motion to suppress.

2. Mr. Soto has not similarly entered into negotiations with the government. Mr. Soto has indicated that he wishes to proceed with the evidentiary hearing as it pertains to his motion to suppress (ECF No. 37). However, he does not oppose continuing the hearing to permit Mr. Avendano to plea.

3. Continuing the hearing as to both defendants would promote judicial economy. Although it is anticipated that Mr. Avendano will plead guilty, should Mr. Avendano not go forward with the plea hearing, one evidentiary hearing can be held as to both defendants' motions to suppress. Their motions raise similar issues.

3. The defendants are not in custody and agree with the need for the continuance.

4. The parties agree to the continuance.

This is the fifth request for continuance filed herein.

/ / /

/ / /

/ / /

DATED this 27th day of April 2021.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

*/s/ Christopher R. Oram*
By_____
CHRISTOPHER R. ORAM
Counsel for Jorge Alfredo Soto

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RAMON AVENDANO-SOTO and<br>JORGE ALFREDO SOTO,<br><br>            Defendant. | Case No. 2:20-CR-003-APG-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled on Thursday, May 13, 2021 at the hour of 9:30 a.m., be vacated and continued to July 27, 2021 at the hour of 9:30 a.m., in Courtroom 3C.

DATED this 27th day of April 2021.

_____
UNITED STATES MAGISTRATE JUDGE