UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON AVENDANO-SOTO, and JORGE ALFREDO SOTO,<br><br>Defendant. | Case No. 2:20-cr-00003-APG-EJY<br><br>**ORDER** |

Before the Court is Ramon Avendano-Soto's Unopposed Motion to Withdraw Defendant's Motion to Suppress (ECF No. 90). The parties represent that on June 4, 2020, Ramon Avendano-Soto filed a Motion to Suppress (ECF No. 27). On June 1, 2021, Mr. Ramon Avendano-Soto entered a plea that the Court accepted.

Accordingly, IT IS HEREBY ORDERED that the Unopposed Motion to Withdraw Defendant's Motion to Suppress (ECF No. 90) is GRANTED.

IT IS FURTHER ORDERED that Defendant Ramon Avendano-Soto's Motion to Suppress (ECF No. 27) is withdrawn.

Dated this 2nd day of June, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE