UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00003-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JORGE ALFREDO SOTO, | |
| Defendant. | |

Pending before the Court is the Government's Motion for Mental Examination of Defendant Under Federal Rule of Criminal Procedure 12.2(c). ECF No. 126. No response to this Motion was filed.

As the Government's Motion explains, Defendant filed a Notice of Intent to Introduce Evidence of Mental Condition bearing on the issue of guilt (ECF No. 94) under Fed. R. Crim. P. 12.2(b). The Government now seeks to have Defendant examined in accordance with Fed. R. Crim. P. 12.2(c)(1)(B). The Motion asks the Court to allow Defendant to be examined by an expert retained by the Government rather than by an expert employed by the Bureau of Prisons. In light of no opposition to this request, the Court grants the Government's Motion.

Accordingly, IT IS HEREBY ORDERED that the Government's Motion for Mental Examination of Defendant Under Federal Rule of Criminal Procedure 12.2(c), ECF No. 126, is GRANTED.

Dated this 5th day of May, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE