CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

*Attorney for Jorge Soto*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>           vs.<br><br>JORGE ALFREDO SOTO,<br>           Defendant. | CASE NO:  2:20-cr-003-APG-EJY-2<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING AND PRETRIAL MOTION DEADLINE**<br><br>(Ninth Request) |

   IT IS HEREBY STIPULATED AND AGREED by JORGE SOTO, by and through his attorney, CHRISTOPHER R. ORAM, ESQ., and the United States of America, by and through MELANEE SMITH, ESQ., Assistant United States Attorney, that the evidentiary hearing currently scheduled for June 07, 2022, at 9:30 a.m., be continued for a period of one hundred and twenty (120) days to a date and time convenient to the Court.

   It is further stipulated that the pretrial motion deadline be reset in this case for the limited purpose of investigating and litigating issues related to possible intellectual deficiencies with respect to Defendant Soto. The parties stipulate that the pretrial motion deadline be reset to a date that is thirty (30) days past the evidentiary hearing date to allow the parties to address any pretrial issues that arise with respect to Mr. Soto's intellectual deficiency issues. The parties request that the Court schedule response and reply dates to follow the motion deadline at the Court's direction.

1

These requests are based upon the following:

1. Defense Counsel has informed the Government that Mr. Soto may suffer from intellectual deficiencies.

2. On May 05, 2022 the Court granted the Government's Motion for Mental Examination of Defendant [ECF No. 127]. As of the date of this Stipulation, the Government is in the process of coordinating the mental examination.

3. This continuance will necessitate a continuance of the calendar call and trial dates. The parties will submit a separate stipulation regarding that continuance.

4. JORGE SOTO is not in custody, and he does not oppose the requested continuance.

5. The Government has no objection to the continuance.

6. Denial of this request for continuance would deny the defendant the opportunity to effectively prepare for trial.

7. The additional time requested herein is not sought for purposes of delay.

8. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: May 23, 2022

    Respectfully submitted,

| | |
|---|---|
| */s/ Christopher R. Oram* | */s/ Melanee Smith* |
| Christopher R. Oram, Esq. | Melanee Smith, Esq. |
| 520 S. Fourth Street, Second Floor | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | 501 Las Vegas Blvd. South, Suite 1100 |
| Attorney for Jorge Soto | Las Vegas, Nevada 89101 |
| | Attorney for the United States of America |

CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

*Attorney for Jorge Soto*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>JORGE ALFREDO SOTO,<br>　　　　Defendant. | CASE NO: 2:20-cr-003-APG-EJY-2<br><br>**ORDER**<br><br>(Ninth Request) |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense Counsel has informed the Government that Mr. Soto may suffer from intellectual deficiencies.

2. On May 05, 2022 the Court granted the Government's Motion for Mental Examination of Defendant [ECF No. 127]. As of the date of the Stipulation, the Government is in the process of coordinating the mental examination.

3. This continuance will necessitate a continuance of the calendar call and trial dates. The parties will submit a separate stipulation regarding that continuance.

4. JORGE SOTO is not in custody, and he does not oppose the requested continuance.

5. The Government has no objection to the continuance.

3

6. Denial of this request for continuance would deny the defendant the opportunity to effectively prepare for trial.

7. The additional time requested herein is not sought for purposes of delay.

8. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly investigate potential issues and prepare for trial, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for June 07, 2022, at the hour of 9:30 a.m. be vacated and continued to the 19th day of October, 2022, at the hour of 9:00 a.m. in Courtroom 3B.

IT IS FURTHER ORDERED that the pretrial motions are due by the 18th day of November, 2022; Responses are due by the 2nd day of December, 2022; and Replies (if any) are due by the 9th day of December, 2022.

DATED this 24th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE