CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com
*Attorney for Jorge Soto*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JORGE SOTO,<br><br>　　　　Defendant. | CASE NO.: 2:20-cr-00003-APG-EJY<br><br>**STIPULATION AND ORDER TO<br>CONTINUE EVIDENTIARY HEARING** |

　　　IT IS HEREBY STIPULATED AND AGREEED by JORGE SOTO., by and through his attorney, CHRISTOPHER R. ORAM, ESQ., and the United States of America, by and through MS. MELANEE SMITH, Assistant United States Attorney, that the Evidentiary Hearing, presently set for January 12, 2023, be continued to a date and time convenient to this Honorable Court, but no sooner than April 12, 2023.

///

///

///

///

///

///

1

The request for a continuance is based upon the following:

1. Mr. Soto has not yet been evaluated by the Government's Psychological Expert Witness, nor is a report from the Government's expert expected in time.

2. Additionally, both parties believe that Mr. Soto is currently in custody in Arizona, pending charges unrelated to this matter, and cannot be present at the Evidentiary Hearing.

3. This stipulation does not affect the expected trial date as previously assigned to this case.

4. The Government has no objection to the continuance.

5. Mr. Soto does not object to the continuance.

6. The additional time requested herein is not sought for purposes of delay.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

WHEREFORE, for all the foregoing reasons, the parties request that the Court enter their Stipulation as an Order of the Court.

DATED: January 10th, 2023.

Respectfully submitted,

/s/ *Melanee Smith* .
Melanee Smith, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite
Las Vegas, NV 89101
*Attorney for the United States of America*

/s/ *Christopher R. Oram*
Christopher R. Oram, Esq.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
*Attorney for Jorge Soto*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JORGE SOTO,<br><br>    Defendant. | CASE NO.: 2:20-cr-00003-APG-EJY<br><br>ORDER |

This matter coming on the parties' Stipulation to Continue Evidentiary Hearing, the premises therein having been considered by the Court, and good cause showing, the Court accepts the Stipulation of the parties and Orders as follows:

Any Evidentiary Hearing shall be held on or before April 13, 2023 at 9:30 a.m. in Courtroom 3B.

IT IS ORDERED.

Entered this 11th day of January 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3