# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE ALFREDO SOTO,<br><br>Defendant. | Case No.: 2:20-cr-00003-APG-EJY<br><br>**ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the indictment against defendant Jorge Alfredo Soto.

JASON M. FRIERSON
United States Attorney

By  /s/ *Melanee Smith*
MELANEE SMITH
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the above dismissal.

Dated: April 15, 2024.

_____
HONORABLE ANDREW P. GORDON
United States District Judge